## DAWALT v. COMMONWEALTH

(Decided January 14, 1930.)

F. A. Harrison for movant.

Commonwealth.

J. W. Cammack, Attorney General, and Douglas C. Vest for the

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied. Judgment affirmed.

## MOWBRAY & ROBINSON LUMBER COMPANY v. BRINEGAR

(Decided January 14, 1930.)

Hugh Riddell for movant.

Hafford E. Hay opposed.

PER CURIAM. Judgment for $251.55, with interest from February 12, 1929, until paid, at 6 per cent. per annum.

Appeal denied. Judgment affirmed.